UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CARL JAMES FARRELL,                              )
                                                 )
                Plaintiff,                       )
                                                 )
v.                                               )        No.  3:17-CV-425
                                                 )
NANCY A. BERRYHILL,                              )
Acting Commissioner of Social Security,          )
                                                 )
                Defendant.                       )

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of United States Magistrate Judge Bruce Guyton dated January 31, 2019. [Doc. 24].  In that Report and Recommendation, Magistrate Judge Guyton recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 18], be granted.  The Magistrate Judge also recommends that defendant's motion for summary judgment, [Doc. 22], be denied.   Neither party has filed objections to this recommendation, and the time for doing so has passed.

Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 24], that the plaintiff's motion for judgment on the pleadings, [Doc. 18], is **GRANTED** and that defendant's motion for summary judgment, [Doc. 22], is **DENIED**.  It is further **ORDERED** that this case is **REMANDED** to the Commissioner for further proceedings.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE